958

No. 76–6166. TYRRELL v. JEFFES, CORRECTIONAL SUPERIN-
TENDENT. C. A. 3d Cir. Certiorari denied.

No. 76–6172. ZATKO v. UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A.
9th Cir. Certiorari denied.

No. 76–6176. HARRISON v. ESTELLE, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied.

No. 76–6178. O'BRIAIN, AKA O'BRIEN v. CALIFORNIA. Ct.
App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6189. NICHOLS v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir. Certiorari denied.

No. 76–6193. BLACKBURN v. MCKENZIE, WARDEN. Sup.
Ct. App. W. Va. Certiorari denied.

No. 76–6196. CARTER v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir. Certiorari denied.

No. 76–6202. TURNER v. LOUISIANA. Sup. Ct. La. Cer-
tiorari denied.

No. 76–6210. TROMBLEY v. MICHIGAN. Ct. App. Mich.
Certiorari denied.

No. 76–6223. MICCIO ET AL. v. ZONING BOARD OF ADJUST-
MENT OF EWING TOWNSHIP ET AL. Super. Ct. N. J. Cer-
tiorari denied.

No. 76–6241. MYLES ET AL. v. UNITED STATES. C. A. 7th
Cir. Certiorari denied.

No. 76–6316. SAVAGE v. UNITED STATES. C. A. 3d Cir.
Certiorari denied.

No. 76–6331. GARCIA v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 76–6347. BETANCOURT v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.